# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WADE ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 16-2138- DCC-GLR |
| | ) |
| WICHITA STATE UNIVERSITY, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT

COMES NOW Plaintiff, by and through his counsel, and moves the Court pursuant to Rule 15(a)(2) for an Order granting leave to file a First Amended Complaint. Pursuant to the court's local rules, Plaintiff is contemporaneously filing a Memorandum in Support of this Motion which he incorporates herein.

Plaintiffs' proposed First Amended Complaint is attached as Exhibit 1 to this Motion.

WHEREFORE, Plaintiffs pray that the relief requested through this Motion be granted, specifically that this Court grant Plaintiffs leave to file the First Amended Complaint pursuant to Rule 15(a)(2).

Respectfully submitted,

/s/ Sarah A. Brown
Sarah A. Brown. KS#12130
Dan Curry, KS#22750
BROWN & CURRY, LLC
406 W. 34th Street, Suite 810
Kansas City, MO 64111
(816) 756-5458
Fax (816) 666-9596
dan@brownandcurry.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

       I hereby certify that on July 7, 2016 the foregoing document was served by the Court's electronic filing system upon the following parties of record:

Toby Crouse, #20030
Foulston Siefkin LLP
9225 Indian Creek Parkway, Suite 600
Overland Park, KS 66210-2000
(913) 498-2100
(913) 498-2101 FAX
Email: tcrouse@foulston.com

Boyd A. Byers, #16253
Foulston Siefkin LLP
1551 North Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
(316) 291-9738
(866) 738-3152 FAX
Email: bbyers@foulston.com

Molly Gordon, #23134
Wichita State University
1845 Fairmount
201 Morrison Hall
Wichita, Kansas 67260
(316) 978-6791
Email: molly.gordon@wichita.edu

ATTORNEYS FOR DEFENDANTS WICHITA STATE UNIVERITY AND BARDO

and

Kevin D. Case, MO 41491; KS 14570
Patric S. Linden, MO 49551; KS 18305
2600 Grand Boulevard, Suite 300
Kansas City, MO  64108
Tel:   (816) 979-1500
Fax:  (816) 979-1501
kevin.case@caselinden.com
patric.linden@caselinden.com

ATTORNEYS FOR DEFENDANTS THE REGISTRY FOR COLLEGE AND
UNIVERSITY PRESIDENTS, A DIVISION OF COLLEGIATE ENTERPRISE SOLUTIONS, LLC

                                            /s/ Sarah A. Brown
                                            Attorney for Plaintiff