IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WADE ROBINSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 16-2138- DCC-GLR |
| ) | |
| WICHITA STATE UNIVERSITY, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF**
**MOTION FOR LEAVE TO AMEND THE COMPLAINT**

COMES NOW Plaintiff and in support of his Motion for Leave to Amend his Complaint, states as follows:

Pursuant to Federal Rule of Civil Procedure 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed.R.Civ.P. 15(a)(2). The purpose of the Rule is to provide litigants "the maximum opportunity for each claim to be decided on its merits rather than on procedural niceties." *Hardin v. Manitowoc-Forsythe Corp.,* 691 F.2d 449, 456 (10th Cir.1982), citing 6 C. Wright & A. Miller, *Federal Practice & Procedure,* § 1471, at 359 (1971).

Plaintiff Robinson filed his initial complaint on March 2, 2016. Defendants have filed dispositive motions under Federal Rules of Civil Procedure 12(b)(6) and Rule 12(c) which are currently pending. No discovery has been conducted in the case. Moreover, the WSU Defendants have moved to stay discovery in the case, so there would be no prejudice to granting leave to amend the petition at this early stage of the litigation.

In their dispositive motions, Defendants make arguments that rely on inferences that, because Plaintiff did not include specific factual averments in his notice-pleading Complaint,

those facts must not exist (even though defendants have evidence of the existence of such facts). Fairness dictates that Plaintiff should have the opportunity to include additional facts at this early stage of the proceedings. Plaintiff seeks to amend his Complaint in order to add more details regarding Robinson's employment at WSU as well as to make explicit inferences and simple extrapolations already suggested by the present pleadings. Plaintiff does not add any new claims, parties or theories of liability.

There has been no delay or dilatory motive for this request. No prejudice will result to the Defendants by granting the relief requested in this Motion. Consistent with the liberal standard that applies to the amendment of pleadings under Rule 15(a)(2), the Court should grant Plaintiff's Motion to Amend. Plaintiff's proposed First Amended Complaint is filed contemporaneously as Exhibit 1 to his Motion.

WHEREFORE, Plaintiff prays that the relief requested through this Motion be granted, specifically that this Court grant Plaintiff leave to file the First Amended Complaint pursuant to Rule 15(a)(2).

Dated: July 7, 2016                                 Respectfully Submitted,

                          /s/ Sarah A. Brown
                          Sarah A. Brown, KS# 12130
                          Dan Curry, KS#22750
                          Brown & Curry, LLC
                          406 West 34th Street, Suite 810
                          Kansas City, MO 64111
                          (816) 756-5458
                          (816) 666-9596 (FAX)
                          sarah@brownandcurry.com
                          dan@brownandcurry.com

                          ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 7, 2016 the foregoing document was served by the Court's electronic filing system upon the following parties of record:

Toby Crouse, #20030
Foulston Siefkin LLP
9225 Indian Creek Parkway, Suite 600
Overland Park, KS 66210-2000
(913) 498-2100
(913) 498-2101 FAX
Email: tcrouse@foulston.com

Boyd A. Byers, #16253
Foulston Siefkin LLP
1551 North Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
(316) 291-9738
(866) 738-3152 FAX
Email: bbyers@foulston.com

Molly Gordon, #23134
Wichita State University
1845 Fairmount
201 Morrison Hall
Wichita, Kansas 67260
(316) 978-6791
Email: molly.gordon@wichita.edu

ATTORNEYS FOR DEFENDANTS WICHITA STATE UNIVERITY AND BARDO

and

Kevin D. Case, MO 41491; KS 14570
Patric S. Linden, MO 49551; KS 18305
2600 Grand Boulevard, Suite 300
Kansas City, MO  64108
Tel:   (816) 979-1500
Fax:  (816) 979-1501
kevin.case@caselinden.com
patric.linden@caselinden.com

ATTORNEYS FOR DEFENDANTS THE REGISTRY FOR COLLEGE AND
UNIVERSITY PRESIDENTS, A DIVISION OF COLLEGIATE ENTERPRISE SOLUTIONS, LLC

                                      /s/ Sarah A. Brown
                                      Attorney for Plaintiff