## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| WADE ROBINSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 16-2138 |
| | ) | |
| WICHITA STATE UNIVERSITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### Notice of Service

Defendants Wichita State University and Dr. John Bardo notify the Court that on June 21,

2018, they served Defendants' Rule 26(A)(1) Disclosures upon Plaintiff's counsel via email.

Respectfully submitted,

By: /s/ *Boyd A. Byers*
   Boyd A. Byers, #16253

Boyd A. Byers, #16253
Rachel Wetta, #24677
Foulston Siefkin LLP
1551 North Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
(316) 291-9738
(866) 738-3152 FAX
Email: bbyers@foulston.com
        Rwetta@foulston.com

Toby Crouse, #20030
   *Solicitor General*
Office of Attorney General Derek Schmidt
120 S.W. 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
Phone: 785.368.6693
Email: toby.crouse@ag.ks.gov

   *and*

David H. Moses, #10239
Molly Gordon, #23134
Wichita State University 1845
Fairmount

201 Morrison Hall
Wichita, Kansas 67260
 (316) 978-6791
Email: david.moses@wichita.edu
Email: molly.gordon@wichita.edu

*Attorneys for WSU Defendants*

**Certificate of Service**

I hereby certify that on June 22, 2018, I electronically filed the above and foregoing with

the clerk of the court by using the CM/ECF system which will send a notice of electronic filing

to counsel of record.

/s/ *Boyd A. Byers*
 Boyd A. Byers, #16253