# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **WADE ROBINSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 16-2138-DDC** |
| | ) | |
| **WICHITA STATE UNIVERSITY, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF SERVICE

COMES NOW Plaintiff, by and through counsel, and hereby certifies that Plaintiff's Rule

26(a)(1) Initial Disclosures were served by electronic mail on June 22, 2018, to:

Boyd. A. Byers, #16253
Rachel Wetta, #24677
Foulston Siefkin LLP
1551 North Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
*bbyers@foulston.com*
*rwetta@foulston.com*

Toby Crouse, #20030
Office of Attorney General Derek Schmidt
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
*toby.crouse@ag.ks.gov*

and

David H. Moses, #10239
Molly Gordon, #23134
Wichita State University
1845 Fairmount Street
201 Morrison Hall
Wichita, KS 67260
*david.moses@wichita.edu*
*molly.gordon@wichita.edu*

ATTORNEYS FOR DEFENDANTS

Respectfully Submitted,

*/s/ Sarah A. Brown*
Sarah A. Brown, KS #12130
Dan Curry, KS #22750
Brown & Curry, LLC
406 West 34th Street, Suite 810
Kansas City, MO 64111
(816) 756-5458
(816) 666-9596 (FAX)
sarah@brownandcurry.com
*dan@brownandcurry.com*

ATTORNEYS FOR PLAINTIFFS

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2018 the foregoing document was electronically filed with the clerk of court using the CM/ECF system which will send a notice of electronic filing to counsel of record:

Boyd. A. Byers, #16253
Rachel Wetta, #24677
Foulston Siefkin LLP
1551 North Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
*bbyers@foulston.com*
*rwetta@foulston.com*

Toby Crouse, #20030
Office of Attorney General Derek Schmidt
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
*toby.crouse@ag.ks.gov*

and

David H. Moses, #10239
Molly Gordon, #23134
Wichita State University
1845 Fairmount Street
201 Morrison Hall
Wichita, KS 67260
*david.moses@wichita.edu*
*molly.gordon@wichita.edu*

ATTORNEYS FOR DEFENDANTS

*/s/ Sarah A. Brown*
ATTORNEY FOR PLAINTIFF