# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WADE ROBINSON, | ) |
| | ) |
| Plaintiff, | ) Case No. 16-2138 |
| vs. | ) |
| | ) |
| WICHITA STATE UNIVERSITY, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF SERVICE

COMES NOW Plaintiff, by and through counsel, and hereby certifies that Plaintiff's Responses and Objections to Defendants' First Request for Production of Documents to Plaintiff was served by electronic mail on July 11, 2018 to:

Boyd. A. Byers, #16253
Rachel Wetta, #24677
Foulston Siefkin LLP
1551 North Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
*bbyers@foulston.com*
*rwetta@foulston.com*

Toby Crouse, #20030
Office of Attorney General Derek Schmidt
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
*toby.crouse@ag.ks.gov*

and

David H. Moses, #10239
Molly Gordon, #23134
Wichita State University
1845 Fairmount Street
201 Morrison Hall
Wichita, KS 67260
*david.moses@wichita.edu*
*molly.gordon@wichita.edu*

ATTORNEYS FOR DEFENDANTS

Respectfully Submitted,

*/s/ Sarah A. Brown*
Sarah A. Brown, KS #12130
Dan Curry, KS #22750
Brown & Curry, LLC
406 West 34th Street, Suite 810
Kansas City, MO 64111
(816) 756-5458
(816) 666-9596 (FAX)
*sarah@brownandcurry.com*
*dan@brownandcurry.com*

ATTORNEYS FOR PLAINTIFFS

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 11, 2018 the foregoing document was electronically filed with the clerk of court using the CM/ECF system which will send a notice of electronic filing to counsel of record:

Boyd. A. Byers, #16253
Rachel Wetta, #24677
Foulston Siefkin LLP
1551 North Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
*bbyers@foulston.com*
*rwetta@foulston.com*

Toby Crouse, #20030
Office of Attorney General Derek Schmidt
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
*toby.crouse@ag.ks.gov*

and

David H. Moses, #10239
Molly Gordon, #23134
Wichita State University
1845 Fairmount Street
201 Morrison Hall
Wichita, KS 67260
*david.moses@wichita.edu*
*molly.gordon@wichita.edu*

ATTORNEYS FOR DEFENDANTS

                                              */s/ Sarah A. Brown*
                                              ATTORNEY FOR PLAINTIFF