# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WADE ROBINSON, | ) |
| | ) |
|     Plaintiff, | )   Case No. 16-2138 |
| vs. | ) |
| | ) |
| WICHITA STATE UNIVERSITY, et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## NOTICE OF SERVICE

COMES NOW Plaintiff, by and through counsel, and hereby certifies that Plaintiff's Rule 26(a) disclosure documents Bates number P000100-P000944 were served by electronic mail on August 3, 2018 to:

Boyd. A. Byers, #16253
Rachel Wetta, #24677
Foulston Siefkin LLP
1551 North Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
*bbyers@foulston.com*
*rwetta@foulston.com*

Toby Crouse, #20030
Office of Attorney General Derek Schmidt
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
*toby.crouse@ag.ks.gov*

and

David H. Moses, #10239
Molly Gordon, #23134
Wichita State University
1845 Fairmount Street
201 Morrison Hall
Wichita, KS 67260
*david.moses@wichita.edu*
*molly.gordon@wichita.edu*

ATTORNEYS FOR DEFENDANTS

Respectfully Submitted,

*/s/ Sarah A. Brown*
Sarah A. Brown, KS #12130
Dan Curry, KS #22750
Brown & Curry, LLC
406 West 34th Street, Suite 810
Kansas City, MO 64111
(816) 756-5458
(816) 666-9596 (FAX)
*sarah@brownandcurry.com*
*dan@brownandcurry.com*

ATTORNEYS FOR PLAINTIFFS

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 3, 2018 the foregoing document was electronically filed with the clerk of court using the CM/ECF system which will send a notice of electronic filing to counsel of record:

Boyd. A. Byers, #16253
Rachel Wetta, #24677
Foulston Siefkin LLP
1551 North Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
*bbyers@foulston.com*
*rwetta@foulston.com*

Toby Crouse, #20030
Office of Attorney General Derek Schmidt
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
*toby.crouse@ag.ks.gov*

and

David H. Moses, #10239
Molly Gordon, #23134
Wichita State University
1845 Fairmount Street
201 Morrison Hall
Wichita, KS 67260
*david.moses@wichita.edu*
*molly.gordon@wichita.edu*

ATTORNEYS FOR DEFENDANTS

            */s/ Sarah A. Brown*
            ATTORNEY FOR PLAINTIFF