# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WADE ROBINSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No. 16-2138-DDC |
| ) | |
| WICHITA STATE UNIVERSITY, et al.,) | |
| ) | |

## CERTIFICATE OF COMPLIANCE

COME NOW Defendants Wichita State University and Dr. John Bardo, and hereby notify the Court that they have submitted, through their attorneys, Defendants' Initial Disclosure documents to Plaintiff's counsel in compliance with the Scheduling Order (ECF Doc. 79) on this 6th day of August, 2018.

Respectfully submitted,

FOULSTON SIEFKIN LLP

*s/Rachel N. Wetta*
Boyd A. Byers, #16253
Rachel N. Wetta, #24677
1551 N. Waterfront Pkwy., Suite 100
Wichita, KS 67206-4466
T: 316-267-6371 | F: 316-267-6345
bbyers@foulston.com | rwetta@foulston.com

*Attorneys for Defendants Wichita State University and Dr. John Bardo*

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of August, 2018, I electronically filed the above and foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                           *s/Rachel N. Wetta*
                                           Rachel N. Wetta, #24677