## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| WADE ROBINSON, | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 16-2138** |
| vs. | ) | |
| | ) | |
| WICHITA STATE UNIVERSITY, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### NOTICE OF SERVICE

COMES NOW Plaintiff, by and through counsel, and hereby certifies that Plaintiff's Supplemental Production of Documents, Bates labeled P000945-P005365, were served by electronic mail on August 31, 2018 to:

Boyd. A. Byers, #16253
Rachel Wetta, #24677
Foulston Siefkin LLP
1551 North Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
bbyers@foulston.com
rwetta@foulston.com

Toby Crouse, #20030
Office of Attorney General Derek Schmidt
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
toby.crouse@ag.ks.gov

and

David H. Moses, #10239
Molly Gordon, #23134
Wichita State University
1845 Fairmount Street
201 Morrison Hall
Wichita, KS 67260
david.moses@wichita.edu
molly.gordon@wichita.edu

ATTORNEYS FOR DEFENDANTS

Respectfully Submitted,

*/s/ Sarah A. Brown*
Sarah A. Brown, KS #12130
Dan Curry, KS #22750
Brown & Curry, LLC
406 West 34th Street, Suite 810
Kansas City, MO 64111
(816) 756-5458
(816) 666-9596 (FAX)
*sarah@brownandcurry.com*
dan@brownandcurry.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2018 the foregoing document was electronically filed with the clerk of court using the CM/ECF system which will send a notice of electronic filing to counsel of record:

Boyd. A. Byers, #16253
Rachel Wetta, #24677
Foulston Siefkin LLP
1551 North Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
bbyers@foulston.com
rwetta@foulston.com

Toby Crouse, #20030
Office of Attorney General Derek Schmidt
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
toby.crouse@ag.ks.gov

and

David H. Moses, #10239
Molly Gordon, #23134
Wichita State University
1845 Fairmount Street
201 Morrison Hall
Wichita, KS 67260
david.moses@wichita.edu
molly.gordon@wichita.edu

ATTORNEYS FOR DEFENDANTS

/s/ Sarah A. Brown
ATTORNEY FOR PLAINTIFF