IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WADE ROBINSON, ) | |
| ) | |
| Plaintiff, ) | Case No. 16-2138 |
| vs. ) | |
| ) | |
| WICHITA STATE UNIVERSITY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF SERVICE

COMES NOW Plaintiff, by and through counsel, and hereby certifies that Plaintiff's First Supplemental Responses and Objections to Defendants' First Request for Production of Documents to Plaintiff and documents Bates labeled P005366-P005372 were served by electronic mail on October 1, 2018 to:

Boyd. A. Byers, #16253
Rachel Wetta, #24677
Teresa Shulda, #23425
Foulston Siefkin LLP
1551 North Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
bbyers@foulston.com
rwetta@foulston.com
tshulda@foulston.com

Toby Crouse, #20030
Office of Attorney General Derek Schmidt
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
toby.crouse@ag.ks.gov

David H. Moses, #10239
Molly Gordon, #23134
Wichita State University
1845 Fairmount Street
201 Morrison Hall
Wichita, KS 67260
david.moses@wichita.edu
molly.gordon@wichita.edu

ATTORNEYS FOR DEFENDANTS

Respectfully Submitted,

*/s/ Sarah A. Brown*
Sarah A. Brown, KS #12130
Dan Curry, KS #22750
Brown & Curry, LLC
406 West 34th Street, Suite 810
Kansas City, MO 64111
(816) 756-5458
(816) 666-9596 (FAX)
sarah@brownandcurry.com
dan@brownandcurry.com

ATTORNEYS FOR PLAINTIFFS

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2018 the foregoing document was electronically filed with the clerk of court using the CM/ECF system which will send a notice of electronic filing to counsel of record:

Boyd. A. Byers, #16253
Rachel Wetta, #24677
Foulston Siefkin LLP
1551 North Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
bbyers@foulston.com
rwetta@foulston.com

Toby Crouse, #20030
Office of Attorney General Derek Schmidt
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
toby.crouse@ag.ks.gov

and

David H. Moses, #10239
Molly Gordon, #23134
Wichita State University
1845 Fairmount Street
201 Morrison Hall
Wichita, KS 67260
david.moses@wichita.edu
molly.gordon@wichita.edu

ATTORNEYS FOR DEFENDANTS

                                      */s/ Sarah A. Brown*
                                      ATTORNEY FOR PLAINTIFF