# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WADE ROBINSON, | ) |
| Plaintiff, | ) Case No. 16-2138 |
| vs. | ) |
| WICHITA STATE UNIVERSITY, et al., | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

COMES NOW Plaintiff, by and through counsel, and hereby certifies that Plaintiff's Responses and Objections to Defendants' Fourth Request for Production of Documents to Plaintiff and documents Bates numbered P006359-P006371 were served by electronic mail on December 7, 2018 to counsel of record:

Boyd. A. Byers, #16253
Rachel Wetta, #24677
Teresa Shulda, #23425
Foulston Siefkin LLP
1551 North Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
bbyers@foulston.com
rwetta@foulston.com
tshulda@foulston.com

Toby Crouse, #20030
Office of Attorney General Derek Schmidt
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
toby.crouse@ag.ks.gov

and

David H. Moses, #10239
Molly Gordon, #23134
Wichita State University
1845 Fairmount Street
201 Morrison Hall
Wichita, KS 67260
david.moses@wichita.edu
molly.gordon@wichita.edu

**ATTORNEYS FOR DEFENDANTS**

                                Respectfully Submitted,

                                */s/ Sarah A. Brown*
                                Sarah A. Brown, KS #12130
                                Dan Curry, KS #22750
                                Brown & Curry, LLC
                                406 West 34th Street, Suite 810
                                Kansas City, MO 64111
                                (816) 756-5458
                                (816) 666-9596 (FAX)
                                sarah@brownandcurry.com
                                dan@brownandcurry.com

                                **ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 7, 2018 the foregoing document was electronically filed with the clerk of court using the CM/ECF system which will send a notice of electronic filing to counsel of record:

Boyd. A. Byers, #16253
Rachel Wetta, #24677
Teresa Shulda, #23425
Foulston Siefkin LLP
1551 North Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
bbyers@foulston.com
rwetta@foulston.com
tshulda@foulston.com

Toby Crouse, #20030
Office of Attorney General Derek Schmidt
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
toby.crouse@ag.ks.gov

and

David H. Moses, #10239
Molly Gordon, #23134
Wichita State University
1845 Fairmount Street
201 Morrison Hall
Wichita, KS 67260
david.moses@wichita.edu
molly.gordon@wichita.edu

ATTORNEYS FOR DEFENDANTS

                                            */s/ Sarah A. Brown*
                                          ATTORNEY FOR PLAINTIFF