# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WADE ROBINSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil No. 16-2138 |
| WICHITA STATE UNIVERSITY, et al., | ) ) ) |
| Defendants. | ) ) |

## Notice of Service

Defendants Wichita State University and Dr. John Bardo notify the Court that on January 9, 2019, they served Defendants' Rule 26(A)(1) Supplemental Disclosures upon Plaintiff's counsel via email.

Respectfully submitted,

By: /s/ *Teresa L. Shulda*
     Teresa L. Shulda, #23425

Boyd A. Byers, #16253
Teresa L. Shulda, #23425
Rachel Wetta, #24677
Foulston Siefkin LLP
1551 North Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
(316) 291-9738
(866) 738-3152 FAX
Email: bbyers@foulston.com
          tshulda@foulston.com
          rwetta@foulston.com

Toby Crouse, #20030
   *Solicitor General*
Office of Attorney General Derek Schmidt
120 S.W. 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
Phone: 785.368.6693
Email: toby.crouse@ag.ks.gov

*and*

        David H. Moses, #10239
        Molly Gordon, #23134
        Wichita State University 1845 Fairmount
        201 Morrison Hall
        Wichita, Kansas 67260
        (316) 978-6791
        Email: david.moses@wichita.edu
        Email: molly.gordon@wichita.edu

        *Attorneys for WSU Defendants*

## Certificate of Service

I hereby certify that on January 9, 2019, I electronically filed the above and foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

        /s/ *Teresa L. Shulda*
        Teresa L. Shulda, #23425